STATES CASUALTY COMPANY and AMERICAN SURETY COMPANY OF NEW YORK, Respondents.— Motion denied, without costs. Present —'Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

WILLIAM C. ECKERSON and OLGA L. S. ECKERSON, Appellants, v. ALBERT W. BROWN, Respondent.— Motion for stay denied, without costs. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

In the Matter of the Application of FRANK FEUILLE, JR., for Admission to the Bar. (From the State of Texas.) — Application granted. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

In the Matter of the Application of THOMAS L. HIGGINS for Admission to the Bar. (From the State of West Virginia.) — Application granted. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

LAURENCE H. ATKINSON, Appellant, v. FISKE BROTHERS REFINING COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Blackmar, P. J., Kelly and Jaycox, JJ., concur; Kelby and Young, JJ., vote to reverse and for a new trial on the ground that the construction of the contract found in the resolutions of the board of directors was a question of law for the court, and that the effect of the three resolutions was to continue the plaintiff's employment for the current year, which they find was the calendar year, and that plaintiff was wrongfully discharged, the record failing to show sufficient evidence to rebut the presumption arising from his continued service beyond the current year.

BENTZION D. FARCHY, Appellant, v. GUS L. ROSENBERG, Respondent. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ., concur.

BENTZION D. FARCHY, Appellant, v. GUS L. ROSENBERG, Respondent. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ., concur.

BENTZION D. FARCHY, Appellant, v. GUS L. ROSENBERG, Respondent. (Appeal No. 3.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ., concur.

WILLIAM G. FLUHARTY, Respondent, v. ALLEN D. CARDWELL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ., concur.

PATRICK GRACE, as a Taxpayer of the City of New Rochelle, Respondent, v. HARRY SCOTT, Individually and as Mayor of the City of New Rochelle, and Others, Defendants, Impleaded with THE WILKES-CASEY ENGINEERING & CONTRACTING COMPANY, INC., Appellant.— There is no misjoinder of causes of action here as contended for by the appellant. An examination of the complaint shows that it states but a single cause of action. The suit is brought by a taxpayer* against certain city officials, and also against certain contractors, for the purpose of obtaining a judgment restraining and enjoining the officials and contractors from carrying out what are alleged to be illegal contracts, preventing any further payments thereunder, and requiring the defendants to restore and repay to the city certain moneys which are alleged to have been illegally wasted and diverted, all having to do with a single department of the city government, and arising out of the conduct and management thereof. The order is, therefore, affirmed,

* See Gen. Mun. Law, § 51.— [REP.